**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1216

JAMES K. ROBINSON,

             Plaintiff – Appellant,

         v.

HENRY L. KING, M.D.; MDA HOLDINGS, INC., d/b/a Medical
Doctor Associates,

             Defendants – Appellees,

         and

UNITED STATES OF AMERICA,

             Defendant/Movant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:09-cv-00418-RAJ-TEM)

Submitted: October 6, 2011          Decided: December 6, 2011

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Judith M. Cofield, JM COFIELD, PC, Virginia Beach, Virginia, for
Appellant. Joseph M. Rainsbury, LECLAIRRYAN, Roanoke, Virginia;
Ronald P. Herbert, Alexander K. Page, Ashley C. Dobbin,
LECLAIRRYAN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James K. Robinson appeals the district court's orders granting the Appellees' motion in limine to exclude Robinson's experts, granting summary judgment in favor of the Appellees on Robinson's claims of medical malpractice, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. King, No. 2:09-cv-00418-RAJ-TEM (E.D. Va. Oct. 29 & Nov. 12, 2010; Feb. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED